nisc.doc.

8-19-15

This letter is to notify the criminal Appeals of
Texas, That I Levoy McDonald will not file the
Petition for Discretionary review.
   My, Tr.ct.No. 1217644D   COA case No. 02-13-00483-CR
PD-0821-15.
   To Any Clerk Please update Any and all computer
Information, So I may be released to Probation.

I am being held in Tarrant County Jail, until further
Notice. Again I am not filing the P.D.R., As of August
14, 2015 the time has Expired to file, NO Grace Period is
needed.

Thank you

Levoy McDonald

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk